trol. *Froud v. Celotex Corp.*, 98 Ill.2d 324, 74 Ill.Dec. 629, 456 N.E.2d 131, 137 (1983).

¶ 18 We conclude that the principle of *stare decisis* applies with particular force in this matter. In *Jackson*, we declined to reverse *Corral*, noting that the legislature had re-enacted A.R.S. sections 23–906 and 23–1024 in substantially the same language. 111 Ariz. at 388, 531 P.2d at 145. Notably, since our *Jackson* decision, the legislature has amended A.R.S. section 23–906 six more times,[10] and made only minor changes, none of which altered the *Corral/Jackson* rule. We therefore must presume that the legislature approves of this court's holding that the right to elect between compensation and legal remedies when an employer fails to post notice is personal to the employee.

¶ 19 The legislature, of course, can amend the workers' compensation statutes to afford relief of the kind sought here by the Castros, and that body provides the appropriate forum to argue that public policy considerations favor abandoning the rule announced in *Corral* and *Jackson*. *See Kilpatrick v. Superior Court*, 105 Ariz. 413, 422, 466 P.2d 18, 27 (1970); *State v. Cotton*, 197 Ariz. 584, 591 ¶ 26, 5 P.3d 918, 925 (App. 2000).

### III.

¶ 20 For the foregoing reasons, we affirm the court of appeals' decision order. We reverse the trial court's order and remand with instructions to grant the Galloways' motion to dismiss.

CONCURRING: CHARLES E. JONES, Chief Justice, REBECCA WHITE BERCH, MICHAEL D. RYAN, Justices and SHELDON H. WEISBERG, Judge.*

---

---

69 P.3d 28

**STATE of Arizona**

v.

**GONZALES–PEREZ/RAMOS.**

**No. CR–03–0048–PR.**

Supreme Court of Arizona.

May 28, 2003.

ORDERED: Petition for Review by Arizona Supreme Court = DENIED.

FURTHER ORDERED: Appellee Ramos' Petition for Review by the Supreme Court = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.